FLORENCE KRONDES ET AL. *v.* WILLIAM
O'BOY ET AL.
(15075)

Schaller, Spear and Hennessy, Js.

Argued May 31—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

C & P EXCAVATING CONTRACTORS, INC. *v.*
ARDMARE CONSTRUCTION, INC., ET AL.
(15106)

O'Connell, Lavery and Heiman, Js.

Argued May 31—officially released July 2, 1996

Per Curiam. The judgment is affirmed.

JANE E. THOMSON *v.* GEORGE R. THOMSON
(14255)

O'Connell, Landau and Hennessy, Js.

Argued June 4—officially released July 2, 1996

Per Curiam. The judgment is affirmed.